**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-18130 | AIH | Judge: | Arthur I. Harris | | Trustee Name: | MARVIN A. SICHERMAN |
|---|---|---|---|---|---|---|---|

Case Name: Elizabeth Jackson

Date Filed (f) or Converted (c): 11/20/2013 (f)

341(a) Meeting Date: 12/30/2013

For Period Ending: 01/08/2014

Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1242 West 21St Street, Lorain, Ohio 44052 | 36,890.00 | 0.00 | | 0.00 | FA |
| 2.  First Federal Savings Of Lorain Checking Account | 100.00 | 0.00 | | 0.00 | FA |
| 3.  First Federal Savings Of Lorain Cd | 2,500.00 | 0.00 | | 0.00 | FA |
| 4.  Misc. Household Goods & Furnishings ( No Item Worth More Tha | 5,500.00 | 0.00 | | 0.00 | FA |
| 5.  Misc. Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6.  Term Life Insurance Through Ford Children Beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 7.  2006 Ford Escape Miles 64,000 | 7,525.00 | 2,625.00 | | 0.00 | 2,625.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $52,865.00 | $2,625.00 | | $0.00 | $2,625.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sell 2006 Ford Escape and resolve claims

Initial Projected Date of Final Report (TFR): 01/31/2015     Current Projected Date of Final Report (TFR): 01/31/2015

Trustee Signature:     /s/ MARVIN A. SICHERMAN          Date: 01/08/2014

MARVIN A. SICHERMAN
1801 East 9th Street - Suite 1100
Cleveland, OH  44114-3169
(216) 696-6000
msicherman@dsb-law.com